```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 12526
   BRIAN C DOBRICKY
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-6443


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/13/07 .

   2.  The case was converted to Chapter 7 without confirmation, 08/22/2007.

------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID          PAID
------------------------------------------------------------------------------
WASHINGTON MUTUAL BANK     CURRENT MORTG           .00           .00           .00
WASHINGTON MUTUAL BANK     MORTGAGE ARRE     NOT FILED           .00           .00
MID AMERICA BANK           SECURED                 .00           .00           .00
MID AMERICA BANK           MORTGAGE ARRE     NOT FILED           .00           .00
VILLAGE OF MINOOKA         SECURED                 .00           .00           .00
CHASE MANHATTAN BANK USA   UNSECURED         NOT FILED           .00           .00
CITIBANK NA                UNSECURED         NOT FILED           .00           .00
DISCOVER BANK              UNSECURED         NOT FILED           .00           .00
GE MONEY BANK              UNSECURED         NOT FILED           .00           .00
HSBC                       UNSECURED         NOT FILED           .00           .00
SAMS CLUB                  UNSECURED         NOT FILED           .00           .00
SEARS BKRUPTCY RCVRY MGM   UNSECURED         NOT FILED           .00           .00
WFNNB                      UNSECURED         NOT FILED           .00           .00
     Summary of disbursements:
------------------------------------------------------------------------------
                       SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED         .00           .00          .00         .00           .00
PRINCIPAL PAID             .00           .00          .00         .00           .00
INTEREST PAID              .00           .00          .00         .00           .00
TOTAL PAID                 .00           .00          .00         .00           .00
The Debtor's attorney, LEGAL HELPERS PC                , was allowed $         .00
and was paid $          .00 .

The Trustee received $          .00 .

Refunds to the Debtor totaled $          .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 11/16/07                        /S/
```

GLENN STEARNS
CHAPTER 13 TRUSTEE

                        PAGE   2
CASE NO. 07 B 12526 BRIAN C DOBRICKY